IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES DANIEL PRICE                                                                                       PLAINTIFF

v.                                            Civil No. 1:21-cv-1060

CAPTAIN RICHARD MITCHAM;
KASEY SANFORD; and
SERGEANT WARD                                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 21, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Bryant recommends that the Court grant Defendants Mitcham and Ward's motion to dismiss (ECF No. 12) and dismiss the case without prejudice for Plaintiff's failure to prosecute and failure to keep the Court informed of his current address.

No one has filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 17) *in toto*. Defendants Mitcham and Ward's motion to dismiss (ECF No. 12) is hereby **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 8th day of April, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge